# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158319(57)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

LANCE ADAM GOLDMAN,
　　　　　Defendant-Appellant.
_____/

SC: 158319
COA: 342072
Kalamazoo CC: 2015-000503-FH

On order of the Chief Justice, the motion of defendant-appellant to file a reply in excess of the page limitation is GRANTED.  The 26-page reply submitted on April 8, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2019



Clerk